THE STATE v. KAVANAUGH.

*Appeal from Polk District Court.*—HON. W. F. CONRAD, Judge.

FILED, OCTOBER 10, 1890.

DEFENDANT was convicted of keeping intoxicating liquors for illegal sale, upon an information before a magistrate, and upon appeal to the district court was again convicted upon a verdict of a jury. He now appeals to this court.

No appearance for either party.

BECK, J.—The transcript, upon which the case was submitted to us for decision, contains nothing but the record of the court proceedings and the judgment. These all appear regular and without error. The judgment of the district court is, therefore,

AFFIRMED.